IN THE MATTER OF A TRUST ESTABLISHED FOR THE
BENEFIT OF ANNA H. KAVENY.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN THOMAS.

March 30, 1982.

Petition for certification denied.

WILLIAM R. PONSOLDT v. VINCENT ROGGIO.

March 30, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER HACKETT.

March 30, 1982.

Petition for certification denied.